## L. A. BRACKEEN V. THE STATE.

No. 19379.   Delivered February 9, 1938.

The opinion states the case.

*C. C. McKinney* and *E. G. Pharr,* both of Cooper, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for swindling, punishment assessed at a fine of five dollars and confinement in the county jail for three days.

The record is before this court without statement of facts or bills of exception, save certain exceptions which were reserved to the refusal of special charges. In the absence of a statement of facts the court is unable to appraise the pertinency or otherwise of the requested charges.

The judgment is affirmed.

*Affirmed.*